# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Alithos Anesti, LLC | ) ASBCA No. 63882 |
| | ) |
| Under Contract No. W911RX-24-P-0009 | ) |

APPEARANCES FOR THE APPELLANT:  Aron C. Beezley, Esq.
  Bradley Arant Boult Cummings LLP
  Washington, DC

  Alex G. Thrasher, Esq.
  Bradley Arant Boult Cummings LLP
  Birmingham, AL

  Sarah S. Osborne, Esq.
  Bradley Arant Boult Cummings LLP
  Huntsville, AL

APPEARANCES FOR THE GOVERNMENT:  Dana J. Chase, Esq.
  Army Chief Trial Attorney
  MAJ Heather M. Martin, JA
  LTC Julie A. Glascott, JA
  Trial Attorneys

## ORDER OF DISMISSAL

The appeal has been withdrawn.  Accordingly, it is dismissed from the Board's docket with prejudice.

Dated:  May 14, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63882, Appeal of Alithos Anesti, LLC, rendered in conformance with the Board's Charter.

Dated:  May 14, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals